JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-191 PA |
| --- | --- |
| Plaintiff-Respondent, | CV 12-7413 PA |
| v. | JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE |
| MICHAEL WAYNE SMITH, | |
| Defendant-Petitioner. | |

Pursuant to the Court's January 31, 2013 Order denying Defendant-Petitioner Michael Wayne Smith's Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED: January 31, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE